KAREN S. FRANK (No. 130887)
SIMON J. FRANKEL (No. 171552)
HOWARD RICE NEMEROVSKI
    CANADY FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:    415/217-5910

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

FILED
2005 JUN 24  P 2: 52
CLERK, US DIST COURT
EASTERN DISTRICT OF CALIF
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| BROADCAST MUSIC, INC. et al.; | Case No. CIV.F-04-6129 REC SMS |
|---|---|
| Plaintiffs, | Action Filed: August 18, 2004 |
| v. | STIPULATION FOR VOLUNTARY DISMISSAL |
| IVAN RAY FITTRO and BRUCE FITTRO d/b/a JIMBO'S, | |
| Defendants. | |

STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Broadcast Music, Inc. et al. and Ivan Ray Fittro and Bruce Fittro d/b/a Jimbo's, by and through their respective counsel, hereby agree and stipulate to the dismissal, with prejudice, of this action. including all claims, pursuant to the parties' settlement. Each party shall bear its own costs and attorneys fees.

DATED: May 23, 2005.

KAREN S. FRANK
SIMON J. FRANKEL
HOWARD, RICE, NEMEROVSKI, CANADY,
    FALK & RABKIN
A Professional Corporation

By: /s/ Karen S. Frank
KAREN S. FRANK
Attorneys for Plaintiffs BROADCAST MUSIC, INC. et al.

DATED: May 20, 2005

MICHAEL MARDEROSIAN
MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO

By: /s/ M. Marderosian
MICHAEL MARDEROSIAN
Attorneys for Plaintiffs IVAN RAY FITTRO and BRUCE FITTRO, d/b/a JIMBO'S

IT IS SO ORDERED.

DATED: June 24, 2005.

/s/ Robert E. Coyle
HON. ROBERT E. COYLE

STIPULATION FOR VOLUNTARY DISMISSAL
1

## PROOF OF SERVICE BY MAIL

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On May 23, 2005, I served the following document(s) described as STIPULATION FOR VOLUNTARY DISMISSAL on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard, Rice, Nemerovski, Canady, Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

Michael G. Marderosian, Esq.
1260 Fulton Mall
Fresno, CA 93721-1916

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on May 23, 2005.

_____
Cindy N. Powers

PROOF OF SERVICE
-1-